

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00569-CR

Jamie Alysa **VRAZEL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2634
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On October 26, 2018, appellant filed a motion to dismiss this appeal. However, on October 24, 2018, this court issued an opinion dismissing the appeal pursuant to Texas Rule of Appellate Procedure 25.2(d). Accordingly, appellant's motion is denied as moot.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court